IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRIAM M. LONAKER, | CASE NO. 5:12-cv-05554 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| WORLD SAVINGS BANK, FSB, et. al., | |
| Defendant(s). | |

On February 19, 2013, the court granted Defendant's motion to dismiss and ordered Plaintiff to file an amended complaint on or before March 8, 2013.  See Docket Item No. 16.  The court admonished Plaintiff that failure to file an amended complaint as directed could result in the dismissal of this action without further notice.

As of this date, Plaintiff has not filed an amended complaint or otherwise indicated a reason for not doing so.  Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 11, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-05554 EJD
ORDER DISMISSING CASE

1